IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-01462-ZLW-CBS

DOUGLAS BURNS,
    Petitioner,
v.

JOHN W. SUTHERS and THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Petitioner Mr. Burns' "Motion for Relief Under Rule 60 F.R.C.P. (60-b)" (filed June 22, 2007) (doc. # 99). Pursuant to the Special Order of Reference dated September 20, 1999 (doc. # 15) and the memorandum dated November 16, 2007 (doc. # 101), this matter was referred to the Magistrate Judge. The court has reviewed the pending motion, the entire case file and the applicable law and is sufficiently advised in the premises.

    The court notes that Mr. Burns has failed to indicate that he served a copy of his Motion on the Respondents, as required by Fed. R. Civ. P. 5(a) and (b) and D.C. COLO. LCivR 5.1 F. (*See* doc. # 99 (lacking certificate of service)). Respondents have not responded to Mr. Burns' pending Motion. Accordingly,

    IT IS ORDERED that:

    1.    Mr. Burns' "Motion for Relief Under Rule 60 F.R.C.P. (60-b)" (filed June 22, 2007) (doc. # 99) is DENIED without prejudice for failure to indicate service of his Motion on Respondents.

    2.    The Clerk of the Court is directed to update the court's records to reflect Respondents' counsel's last known address as: Laurie A. Booras, Assistant Attorney General, Appellate Division, 1525 Sherman St. 5th Floor, Denver CO 80203.

3. The Clerk of the Court is directed to mail a copy of the court's Order dated December 5, 2007 (doc. # 102) to Respondents' counsel's last known address.

DATED at Denver, Colorado, this 12th day of December, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge