IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-01462-ZLW-CBS

DOUGLAS BURNS,
    Applicant,
v.

JOHN W. SUTHERS and THE ATTORNEY GENERAL OF THE STATE OF COLORADO [sic],
    Respondents.

_____

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Burns' "Motion for Relief under Rule 60 F.R.C.P. (60-b) - Amended [sic]" (filed January 15, 2008) (doc. # 107). Pursuant to the Special Order of Reference dated September 20, 1999 (doc. # 15) and the memorandum dated January 16, 2008 (doc. # 108), this matter was referred to the Magistrate Judge. After reviewing Mr. Burns' argument that rulings in Arapahoe County District Court Case Number 03CV2064 provide grounds for his Rule 60(b) Motion, the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1. The Clerk of the Court for Arapahoe County, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in *Burns v. Department of Corrections*, **Arapahoe County District Court Case Number 03CV2064**, to the Clerk of the Court for the United States District Court for the District of

1

Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before August 1, 2008**.

    2.    The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to the Clerk of the Court for Arapahoe County, 7325 South Potomac Street, Centennial, Colorado 80112.

    DATED at Denver, Colorado, this 14th day of July, 2008.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge