IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 99-cv-01462-ZLW-CBS

DOUGLAS BURNS

    Petitioner,

v.

JOHN W. SUTHERS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents

---

ORDER

---

    The matter before the Court is Petitioner's "Motion For Relief Under Rule 60 F.R.C.P. (60-b) Amended" (Doc. No. 107; Jan. 15, 2008). This motion was referred to Magistrate Judge Craig B. Shaffer pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). On July 31, 2008, the Magistrate Judge issued a Recommendation that Petitioner's motion be transferred to the United States Court of Appeals for the Tenth Circuit as a successive habeas petition or, alternatively, denied under Fed. R. Civ. P. 60(b).[1] Petitioner did not file an objection to the Recommendation.

    The Court, after careful consideration, agrees with the Magistrate Judge's analysis and conclusion that Petitioner's Motion should be treated as a second or successive habeas petition pursuant to the Antiterrorism and Effective Death Penalty

---

[1] Recommendation Of United States Magistrate Judge (Doc. No. 103; July 31, 2008).

Act (AEDPA). Therefore, this Court must transfer the motion to the Tenth Circuit for authorization pursuant to 28 U.S.C. § 2244(b)(3).[2]

Since this Court does not have subject matter jurisdiction to hear the merits of Petitioner's motion, the Court does not adopt the portion of the Magistrate Judge's Recommendation entitled "IV. Rule 60(b) Motion." The remainder of the Recommendation is adopted in its entirety. Accordingly, it is

ORDERED that Petitioner's "Motion For Relief Under Rule 60 F.R.C.P. (60-b) (Amended)" (Doc. No. 107; Jan. 15, 2008) be transferred to the United States Court of Appeals for the Tenth Circuit as a successive habeas petition pursuant to 28 U.S.C. § 2244(b)(3).

DATED at Denver, Colorado, this  30th  day of September, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[2] Spitznas v. Boone, 464 F.3d 1213, 1215-17 (10th Cir. 2006).