FILED
United States Court of Appeals
Tenth Circuit

December 4, 2008

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| In Re: DOUGLAS BURNS,<br><br>Movant. | No. 08-1360<br>(D.C. No. 1:99-CV-01462-ZLW-CBS) |

**ORDER**

Appellant has failed to file the documents required to pursue this matter.

Accordingly, this case is dismissed for failure to prosecute. See 10th Cir. R. 10th Cir. R. 42.1.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk