FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 02 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

CIVIL ACTION NO. 99-cv-01462 ZLW-CBS

DOUGLAS BURNS

    Petitioner,

vs.

JOHN W. SUTHERS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 30th day of July, 2010.

BY THE COURT:

_Zita Leeson Weinshienk_
ZITA L. WEINSHEINK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 99-cv-01462 ZLW-CBS

Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Douglas Trent Burns
#47358
CSP
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777

Laurie A. Booras - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 3/2/10 .

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk